## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| GREGORY WOODS, | * | |
| | * | CIVIL ACTION NO: 2:22-cv-02486 |
| PLAINTIFF, | * | |
| v. | * | SECTION: |
| | * | |
| GULF ISLAND WORKS, L.L.C. | * | JUDGE: |
| | * | |
| DEFENDANT. | * | MAGISTRATE JUDGE: * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant Gulf Island Works, L.L.C. ("Defendant"), without waiving and specifically reserving all rights, defenses, objections, and exceptions, hereby removes this action pursuant to 28 U.S.C. §§ 1441 and 1446 from Civil District Court for the Parish of Terrebonne, State of Louisiana, to the United States District Court for the Eastern District of Louisiana. This action may be removed because the Court has federal question jurisdiction pursuant to 28 U.S.C. § 1331. In support of this Notice of Removal, Defendant represents the following:

## PROCEDURAL BACKGROUND

1.      On June 22, 2022, Plaintiff Gregory Woods ("Plaintiff") filed a civil "Petition for Damages" entitled *Gregory Woods v. Gulf Island Works, LLC,* in the Civil District Court for the Parish of Terrebonne, State of Louisiana, Docket No. 193927 (the "State Court Action"). True and correct copies of Plaintiff's Petition for Damages and all other materials served at the time of service of the Petition for Damages and filed in the State Court Action are attached hereto as **Exhibit 1**.

2.      Defendant was served with a copy of the Petition for Damages on July 15, 2022. Removal is timely because the Notice of Removal has been filed within thirty days of Defendant's having received the initial pleading. 28 U.S.C. § 1446(b)(1).

3.      Pursuant to 28 U.S.C. § 1441(a), venue is proper in this Court because it is the United States District Court embracing the Parish of Terrebonne, the parish in which the State Court Action was instituted.

4.      Pursuant to 28 U.S.C. § 1446(d), a notice with a copy of this Notice of Removal is also being filed with the Clerk of Court for Terrebonne Parish Civil District Court, and served upon the Plaintiff on the same day this Notice of Removal is filed.

5.      Pursuant to 28 U.S.C. § 1446(a), Defendant has attached a copy of all process, pleadings, and orders served to date. *See* Ex. 1.

## BASIS FOR REMOVAL

6.      Removal is proper because this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331 because it is a civil action arising under the Constitution, laws, or treaties of the United States, although Defendant denies any liability under such laws.

7.      Plaintiff asserts claims for race discrimination, pay discrimination, and age discrimination. *See gen*., Ex. 1, Petition for Damages.

8.      Here, it is clear on the face of Plaintiff's Petition for Damages that Plaintiff is bringing a claim for race discrimination under Title VII of the Civil Rights Act of 1964, as amended ("Title VII"). *Id.*, ¶¶ 5, 9,  12, 14, 20.

9.      Plaintiff alleges that on June 23, 2021 he was notified that "he was fired as a result of lack of proper safety protocol used on the job, causing unsafe situations that could have caused injury to and other damage to property." *Id.*, ¶ 5.

10.    Plaintiff alleges that "the alleged issue was used as a ***pretext*** for firing…" *Id.*, ¶ 9 (emphasis added).[1]

11.    Plaintiff alleges that "[t]he alleged issue and the exact fact pattern happened with another white male employee…" and that "[t]he white male employee was not fired…" *Id.*, ¶ 12.

12.    For these reasons, it is clear Plaintiff is bringing a claim for race discrimination. *See also, id.*, ¶ 20 (Plaintiff "alleges race, age, and pay differential issues").

13.    Furthermore, while Plaintiff does not expressly state whether he is bringing his race discrimination claim under Title VII or The Louisiana Employment Discrimination Law, La. R.S. § 23:303, *et. seq*., ("LEDL"),  he makes clear he is asserting his race discrimination claim under Title VII by seeking "Punitive Damages for the Defendant's malicious and recklessly indifferent conduct in wrongfully [sic] termination." *Id*, ¶ 22(D).

14.    The LEDL does not allow punitive damages. Punitive damages are available only under Title VII, a federal law. *See, e.g., Caravanas v. Hall*, 1999 U.S. Dist. LEXIS 12741, at *6 (E.D. La. Aug. 10, 1999) (plaintiff's prayer for punitive damages, available under Title VII but not the LEDL, invoked federal question jurisdiction); *Perry v. Sasol (USA) Corp.*, 2018 U.S. Dist. LEXIS 88737, at *6–8 (W.D. La. May 10, 2018), report and recommendation adopted, 2018 U.S. Dist. LEXIS 88402 (W.D. La. May 25, 2018). As a result, it is clear Plaintiff's claim for race discrimination arises under Title VII, a federal law, and this action is removable pursuant to 28 U.S.C. § 1331.

---

[1] As the Court is aware, Plaintiff is required to prove "pretext" for his race discrimination claim. *See, e.g., Churchill v. Tex. Dep't of Criminal Justice*, 539 F. App'x 315, 318 (5th Cir. 2013).

15.     Additionally, pursuant to 28 U.S.C. § 1367, this Court may exercise supplemental jurisdiction over any state law claims, that do not independently satisfy the requirements of 28 U.S.C. § 1331.

**WHEREFORE**, Defendant, prays that this Notice of Removal be deemed good and sufficient and that this matter bearing Docket No. 0193927 in the Civil District Court for the Parish of Terrebonne, State of Louisiana, be removed from that court to the docket of this Honorable Court.

Respectfully submitted,

/s/ Sidney F. Lewis
Sidney F. Lewis (LA #25668)
Jason Culotta (LA #35731)
Connor H. Fields (LA #39880)
**Jones Walker LLP**
201 St. Charles Avenue, 47th Floor
New Orleans, Louisiana 70170-5100
Phone: (504) 582-8352
        (504) 582-8177
        (504) 582-8606
Fax:    (504) 589-8352
        (504) 589-8177
        (504) 582-8606
Email: slewis@joneswalker.com
       jculotta@joneswalker.com
       cfields@joneswalker.com

***Counsel for Defendant, Gulf Island Works, L.L.C.***

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a copy of the above and foregoing pleading was filed electronically with the Clerk of Court on this 3rd day of August, 2022, to be served on all counsel of record by operation of the Court's electronic filing system and/or by email.

/s/ Sidney F. Lewis
Sidney F. Lewis